Honorable Bruce T. Beesley
United States Bankruptcy Judge



Entered on Docket
May 14, 2014

---

Victoria L. Nelson, Chapter 7 Trustee
Email: trustee@nelsonhoumand.com
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone:    702/720-3370
Facsimile:    702/720-3371

*Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>FRANK D. KOCVARA,<br><br>Debtor. | Case No. BK-S-13-18580-BTB<br>Chapter 7<br><br>**ORDER REGARDING TRUSTEE'S MOTION TO EMPLOY REAL ESTATE BROKER TO SELL REAL PROPERTY AND TO PAY COMMISSION**<br><br>Date of Hearing:    May 1, 2014<br>Time of Hearing:    11:00 a.m.<br>Place: Courtroom No. 1, Third Floor<br>　　　　Foley Federal Building<br>　　　　300 Las Vegas Blvd., S.<br>　　　　Las Vegas, NV 89101<br><br>Judge: Honorable Bruce T. Beesley |

This matter having come before the Court on the Trustee's Motion to Employ Real Estate Broker to Sell Real Property and to Pay Commission (the "Motion") [Docket No. 35] filed by Victoria L. Nelson, the Chapter 7 Trustee appointed in the above-referenced bankruptcy case (the "Trustee").

Based upon the findings of fact and conclusions of law placed on the record at the hearing and incorporated herein pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing, it is hereby

**ORDERED** that the reopening of the above-referenced bankruptcy case is hereby GRANTED;

**IT IS FURTHER ORDERED** that the Motion to Employ Real Estate Broker to Sell Real Property and to Pay Commission is premature; and

**IT IS FURTHER ORDERED** that the Trustee is hereby directed to file a Motion to Revoke Technical Abandonment Pursuant to 11 U.S.C. § 554(c) prior to the Court addressing the Trustee's Motion to Employ Real Estate Broker to Sell Real Property and to Pay Commission.

**IT IS SO ORDERED.**

Prepared and submitted by:

**VICTORIA L. NELSON, CHAPTER 7 TRUSTEE**

_____
Victoria L. Nelson, Chapter 7 Trustee
3900 Paradise Road, Suite U
Las Vegas, Nevada 89169-0903
Telephone:	702/720-3370
Facsimile:	702/720-3371

*Chapter 7 Trustee*

## RULE 9021 CERTIFICATE

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The Court has waived the requirements set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

H. Stan Johnson, Esq.        -        Approved

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

VICTORIA L. NELSON

_____
Victoria L. Nelson, Chapter 7 Trustee
3900 Paradise Road; Suite U
Las Vegas, Nevada 89169-0903
Telephone: 702/720-3370
Facsimile: 702/720-3371

###

-3-